**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

_____

IN RE:                                                                                          Case No. 15-40759-nhl

    Danny Newell                                                                      Chapter 13

SSN/TAX ID XXX-XX-**8112**

_____

**REQUEST FOR JUDICIAL DETERMINATION**
**CONCERNING DISMISSAL PURSUANT TO 11 U.S.C § 521(i)**

The Clerk's Office requests the Court to determine this case should be dismissed pursuant to 11 U.S.C. § 521(i). The following deficiencies under 11 U.S.C. § 521(a)(1) are noted:

- ☐ Notice to Individual Consumer Debtor Under § 342(b) of the Bankruptcy Code (Official Form B201)
- ☑ Schedule A (Real Property) (Official Form B6A)
- ☑ Schedule B (Personal Property) (Official Form B6B)
- ☑ Schedule D (Creditors Holding Secured Claims) (Official Form B6D)
- ☑ Schedule E (Creditors Holding Unsecured Priority Claims) (Official Form B6E)
- ☑ Schedule F (Creditors Holding Unsecured Nonpriority Claims) (Official Form B6F)
- ☑ Schedule I (Current Income of Individual Debtor) (Official Form B6I)
- ☑ Schedule J (Current Expenditures of Individual Debtor) (Official Form B6J)
- ☐ Statement of Financial Affairs (Official Form B7)
- ☑ Chapter 13 Statement of Monthly Income and Calculation of Commitment Period (Official Form B 22C-1)
- ☑ Chapter 13 Calculation of Your Disposable Income (Official Form B 22C-2)
- ☑ Copies of Pay Statements received within 60 days of filing from any employer or a statement indicating this requirement is not applicable

**By the Court:** E. Torres                                                **Date:** **April 14, 2015**

- ☐ The Clerk's Office is directed to dismiss this case pursuant to 11 U.S.C. § 521(i)(1).
- ☐ The Clerk's Office is directed not to dismiss this case pursuant to 11 U.S.C. § 521(i)(1) for the following reason:

_____
_____

**SO ORDERED**